IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GONZALES, | No. C-10-1620 TEH (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |
| v. | |
| PELICAN BAY STATE PRISON, | (Doc. #6) |
| Defendant. | |

On April 15, 2010, this pro se civil rights action filed by Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison in Crescent City, California, was transferred to this Court from the Eastern District of California. Doc. #4. On May 3, 2010, Plaintiff filed a motion seeking to dismiss the action voluntarily, see Doc. #6, which the Court now GRANTS. See Fed. R. Civ. Proc. 41(a). The action is DISMISSED. The Clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED   05/05/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\Gonzales-10-1620-grant request to dismiss.wpd